UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD SALVATO and <br> WENDI SALVATO, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC. and <br> IQOR US, INC., <br><br> Defendants. | Civil Action No. <br> 18-10505-FDS |

### ORDER GRANTING MOTION FOR SUBSTITUTION OF PARTY AND ORDER TO SHOW CAUSE

**SAYLOR, J.**

Plaintiffs Edward and Wendi Salvato and defendant Amazon.com, Inc. have jointly moved for a substitution of party pursuant to Fed. R. Civ. P. 15(a)(2) and 25. As grounds for that motion, the parties assert that defendant Amazon.com, Inc. has been incorrectly sued, and that the appropriate named entity is Amazon Robotics, LLC. They seek an order allowing the substitution of Amazon Robotics, LLC for Amazon.com, Inc. to ensure that the proper party defendant is in the case.

The Court hereby grants the motion for substitution, subject to the following order to show cause.

Because subject-matter jurisdiction in this case is based on diversity of citizenship pursuant to 28 U.S.C. § 1332, the parties are directed to file a statement establishing that the substitution of Amazon Robotics, LLC as a defendant in this case does not destroy diversity of citizenship. Specifically, because the citizenship of an LLC is determined by the citizenship of

its members, the parties are directed to file a statement establishing the membership of Amazon Robotics, LLC, the citizenship of those members, and further that no member is a citizen of the same state as any plaintiff. Such statement is to be filed with the Court within 14 days, or by March 22, 2019.

**So Ordered.**

Dated: March 8, 2019

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge